JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAROUJAN DEIRMENJIAN, ARIS AGHVAZARIAN, ROBERT DABAGHIAN, MARGUERID JEREDJIAN, KATIA KERMOYAN, PAYLIG KERMOYAN, and KHACHIK BERIAN, on Behalf of Themselves and All Others Similarly Situated, as Well on Behalf of the General Public and Acting in the Public Interest,<br><br>Plaintiffs,<br><br>vs.<br><br>DEUTSCHE BANK, A.G., DRESDNER BANK, A.G., and DOES 1-100,<br><br>Defendants. | CASE NO. CV 06-00774 MMM (CWx)<br><br>JUDGMENT FOR DEFENDANTS |

On June 21, 2010, defendants Deutsche Bank, A.G. and Dresdner Bank, A.G. moved for summary judgment on the claims in plaintiffs' second amended complaint. The court heard argument regarding the motion on July 29, 2010. Having considered the evidence presented by the parties, reviewed the briefs, and heard argument, the court granted the motion on July 30, 2010.

IT IS THEREFORE ORDERED AND ADJUDGED that:

1. Plaintiffs take nothing by way of their complaint;

2. The action be, and it hereby is, dismissed.

DATED: July 30, 2010

                                 */s/ Margaret M. Morrow*
                                  MARGARET M. MORROW
                               UNITED STATES DISTRICT JUDGE